**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Maulik Ramnani,<br><br>*Plaintiff,*<br><br>v.<br><br>United States Citizenship and Immigration Services ("USCIS"), Joseph B. Edlow, the Director, USCIS, Markwayne Mullin, the Secretary, U.S. Department of Homeland Security,[1]<br><br>*Defendants.* | Civil Action No.:<br>5:25-cv-1619 (AJB/PJE) |

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as counsel for the parties hereto, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, the above-entitled action is hereby voluntarily dismissed, without prejudice, against Defendants United States Citizenship and Immigration Services ("USCIS"); Joseph B. Edlow, the Director, USCIS; and Markwayne Mullin, the Secretary, U.S. Department of Homeland Security; pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), without costs or fees as against any party.

[1] Pursuant to Fed. R. Civ. P. 25(d), Markwayne Mullin, the current Secretary of the Department of Homeland Security, is automatically substituted as defendant for his predecessor in office.

Dated: July 7, 2026

Maulik Ramnani
Plaintiff, *pro se*
509 University Avenue, Apt. 207
Syracuse, New York 13210

Dated: July 7, 2026

TODD BLANCHE
Acting Attorney General

JOHN A. SARCONE III
First Assistant United States Attorney

By: Emer M. Stack
*Attorney for Defendants*
Assistant United States Attorney
100 South Clinton Street
Syracuse, New York 13261
Bar Roll No. 700843

**SO ORDERED:**

Anthony J. Brindisi
U.S. District Judge

Dated: July 7, 2026
Utica, New York